# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff/Respondent,<br><br>vs.<br><br>Leonardo Rabanales-Casia,<br><br>Defendant/Movant. | No. CV15-1678 PHX DGC (ESW)<br>CR11-1622 PHX DGC<br><br>**ORDER** |

Defendant/Movant Leonardo Rabanales-Casia has filed a motion to vacate sentence pursuant to 28 U.S.C. § 2255. Doc. 1. United States Magistrate Judge Eileen S. Willett has issued a report and recommendation ("R&R") recommending that the motion be denied. Doc. 16. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and deny the motion.

**IT IS ORDERED:**

1. The R&R (Doc.16) is **accepted**.
2. The motion to vacate sentence (Doc. 1) is **denied**.
3. A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**
4. The Clerk is directed to **terminate** this action.

Dated this 1st day of May, 2017.

_____
David G. Campbell
United States District Judge